| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Richard J Tracy, III, Esq. (ID #079152013)<br>SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Bank, N.A. as successor in interest to Commerce Bank, NA. | |
| In Re:<br><br>    RICHARD R. HARKER<br>    AND NATALIE J. HARKER,<br><br>           Debtors. | Case No.: 18-33015-JNP<br><br>Judge.: Jerrold N. Poslusny<br><br>Chapter: 13 |

## CERTIFICATE OF SERVICE

1. I, <u>Tasha M Shariff</u>:

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for the law firm of Schiller, Knapp, Lefkowitz & Hertzel, LLP, attorneys for TD Bank, N.A. in the above captioned matter.

    ☐ am the_____ in the above case and am representing myself

2. On December 3, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 3, 2018             <u>/s/ Tasha M Shariff</u>
                                                      Tasha M Shariff

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other ─────<br>    (as authorized by the court*) |
| Isabel Balboa, Esq.<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey  08002<br><br>United States Trustee<br>(District of New Jersey)<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey  07102<br><br>Brad J. Sadek, Esq.<br>1315 Walnut Street , Suite 502<br>Philadelphia , Pennsylvania 19107 | Trustee<br><br><br><br><br>US Trustee<br><br><br><br><br><br>Counsel for Debtor | ☐ Hand delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other ─────<br>    (as authorized by the court*) |