UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

819216
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

| | |
|---|---|
| In Re: | Case No:  18-33015 - JNP |
| NATALIE J. HARKER<br>RICHARD R. HARKER A/K/A RICHARD HARKER | Judge:  JERROLD N. POSLUSNY JR. |
| | Chapter:  13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>PHH MORTGAGE CORPORATION</u> with regards to its mortgage.  Said Mortgage was recorded on May 17, 2013, Book MB 13582, Page 297 on the real property, located at 37 SANDRA WAY, FRANKVILLE, NJ 08322 in the above captioned bankruptcy matter.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: December 18, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com