| | |
|---|---|
| DISTRIBUTE OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Richard J Tracy, III, Esq. (ID #079152013)<br>SCHILLER, KNAPP, LEFKOWITZ &<br>HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Bank, N.A. | |
| In Re:<br><br>   RICHARD R. HARKER AND NATALIE J. HARKER,<br><br>                   Debtor. | Case No.: 18-33015-ABA<br><br>Judge.: Andrew B. Altenburg<br><br>Chapter: 13 |

## CERTIFICATE OF SERVICE

1. I, <u>Brittany N Tate</u>:

   ☐ represent the_____ in the above-captioned matter.

   ☒ am the secretary/paralegal for the law firm of Schiller, Knapp, Lefkowitz & Hertzel, LLP, attorneys for TD Bank, N.A. in the above captioned matter.

   ☐ am the_____ in the above case and am representing myself

2. On January 14, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 14, 2019                        /s/ Brittany N. Tate
                                                            Brittany N Tate

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard R. Harker<br>37 Sandra Way<br>Franklinville, New Jersey 08322 | Debtor(s) | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ———<br>(as authorized by the court*) |
| Isabel Balboa, Esq.<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>ecfmail@standingtrustee.com | Trustee | |
| United States Trustee (District of New Jersey)<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102 | US Trustee | |
| Brad J. Sadek, Esq.<br>1315 Walnut Street , Suite 502<br>Philadelphia, Pennsylvania 19107<br>bradsadek@gmail.com | Counsel for Debtor | |
| | | ☐ Hand delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |

| | | ☐ Other _____<br>(as authorized by the court*) |
|---|---|---|