IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Richard R. and Natalie J. Harker**

Case No.: 18-33015

Chapter: 13

Hearing Date: April 30, 2019

Judge: Andrew B. Altenburg, Jr.

## NOTICE OF MOTION FOR APPROVAL OF MODIFICATION OF MORTGAGE

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter, has filed papers with the Court for **Approval of Modification of Mortgage.**

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult one).**

If you do NOT want the court to grant this motion, or if you want the Court to consider your views, you or attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date:

Hearing Date: **April 30, 2019**
Hearing Time: **10:00am**
Hearing Location: **Mitchell H. Cohen U.S. Courthouse**
**400 Cooper Street, 4th Floor**
**Camden, N.J. 08101**

Courtroom Number: __4B__

If you mail your response to the clerk for filing, you must mail it early enough so the Court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to each of the following:

**Isabel C. Balboa, Trustee**
**Cherry Tree Corporate Center**
**535 Route 380 – Suite 580**
**Cherry Hill, NJ 08002**

**Sadek and Cooper Law Office**
**1315 Walnut Street – Suite 502**
**Philadelphia, PA 19107**

If you or your attorney do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _____

/s Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for Debtor