IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

**Richard R. Harker**
**Natalie J. Harker**

: Chapter 13
:
:
:
: Bankruptcy Case No: 18-33015ABA

## PRAECIPE TO WITHDRAW

TO THE COURT:

Please withdraw the *Modified Chapter 13 Plan* filed with the Court on May 15, 2019 at Docket No. 56.

Dated: May 23, 2019

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor