| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| **DISTRICT OF NEW JERSEY** | |

Caption in Compliance with D.N.J. LBR9004-1(b)

In Re:

**Richard R. Harker**
**Natalie J. Harker**

Case No.: **18-33015**

Chapter: **13**

Judge: Altenburg

# CERTIFICATION OF DEBTOR'S COUNSEL
# SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

**Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

   **Brad J. Sadek**  , Esquire, certifies as follows:

1.      I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

# STANDARD FEES

| | | |
|---|---|---|
| ☑ | Prosecution of motion on behalf of debtor. | $1,500.00 |

    Nature of motion: Motion to Sell Real Property, Motion to Appt. Real Estate Agent and Motion to modify plan

    Hearing date(s): **1/14/2020**

☐ Defense of motion on behalf of debtor (Including filing Objection to Creditor's or Trustee's Certification of Default).    $400.00

    Nature of motion:

    Hearing date(s):

☐ Additional court appearance(s). (Not to exceed three).    $100.00

    Purpose:

    Hearing date(s):

☐ Filing and appearance on a modified Chapter 13 plan.    $300.00

☐ Preparation of Wage Order.    $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H or List of Creditors.    $100.00

☐ Preparation and filing of other amended schedules    $100.00

☐ Preparation and filing of Application for Retention of Professional    $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy    $100.00

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as

Exhibit A:

_____

Describe non-standard expenses in detail:_____

2. To date, in this case:

    I have applied for fees (including original retainer) in the amount of:      $ _____

    To date, I have received:      $ _____

3. I seek compensation for services rendered in the amount of $\_\_\_\_ payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

4.     ☐ This allowance will not impact on plan payments.

    ☐ This allowance will impact on plan payments.

    Present plan:   $\_\_\_\_ per month for \_\_\_\_ months.

    Proposed plan:   $\_\_\_\_ per month for \_\_\_\_ months.

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Dated: January 15, 2020                                         /s/ Brad J. Sadek, Esquire
                                                                **Brad J. Sadek, Esquire**
                                                                Signature

*rev.8/1/15*